# MANDEL AKSELROD, P.C.

**Val Mandel**
Member of NY, NJ and DC Bars
e-mail:   vm@vmdalaw.com

**Daniel Akselrod**
Member of NY and NJ Bars
e-mail:   da@vmdalaw.com

**40 Exchange Place, Suite 1203**
**New York, NY 10005**
Tel:  (212) 668-1700
Fax: (212) 668-1701
www.vmdalaw.com

**Eric Wertheim**
Member of NY and NJ Bars
e-mail:   ew@vmdalaw.com
Of Counsel

February 16, 2024

*VIA ECF*
Honorable Jesse M. Furman, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Pinnacle Environmental Corporation v. Volmar Construction, Inc., et al.**

**Docket No.: 23 CV 10732 (JMF)**

Dear Judge Furman:

This firm represents Plaintiff Pinnacle Environmental Corporation. I write on behalf of Plaintiff and Defendants to jointly request that the Court adjourn the initial pretrial conference, which is currently scheduled for February 27, 2024.

On February 7, 2024, Defendants filed a Third-Party Complaint against Bank of America, N.A. and Truist Bank (Doc. 17). Defendants are in the process of effectuating service of the Third-Party Complaint on these parties. Accordingly, Plaintiff and Defendants submit that the initial pretrial conference will be more productive and effective if it is held after the third-party defendants are served and have had the chance to appear in this matter.

This is the first request by any party for the adjournment of the initial pretrial conference.

Respectfully submitted,

*Daniel Akselrod*

DA/st

cc:   Gayle A. Rosen, Esq. (via ECF)

Application GRANTED.  The initial pretrial conference scheduled for February 27, 2024, is hereby ADJOURNED to **March 26, 2024**, at **9:00 a.m.**  The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*[signature]*

February 16, 2024