UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
PINNACLE ENVIRONMENTAL CORPORATION, :
:
Plaintiff, :
:  23-CV-10732 (JMF)
-v- :
:  ORDER
:
VOLMAR CONSTRUCTION, INC. et al., :
:
Defendants. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Third-Party Defendant Bank of America's new motion to dismiss, *see* ECF No. 66, its earlier motion to dismissed filed at ECF No. 40 is hereby DENIED as moot. Volmar's opposition to the new motion to dismiss is due by **August 23, 2024**. Bank of America's reply, if any, is due by **August 30, 2024**.

    Additionally, it appears that Exhibit 5 to the Declaration of Melek J. Dunn, ECF No. 68, may be missing from Bank of America's filings. Bank of America shall refile that Declaration with all exhibits attached **within two days of this Order**.

    The Clerk of Court is directed to terminate ECF No. 40.

    SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge