```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA                             :
                                                     :
for the use and benefit of                           :
PINNACLE ENVIRONMENTAL CORPORATION,                  :
                                                     :       23-CV-10732 (JMF)
                        Plaintiff,                   :
                                                     :            ORDER
        -v-                                          :
                                                     :
VOLMAR CONSTRUCTION and                              :
TRAVELERS CASUALTY AND SURETY COMPANY                :
OF AMERICA,                                          :
                                                     :
                        Defendants.                  :
                                                     :
------------------------------------------------------------------X
                                                     :
VOLMAR CONSTRUCTION INC.,                            :
                                                     :
                        Third-Party Plaintiff,       :
                                                     :
        -v-                                          :
                                                     :
BANK OF AMERICA, N.A.,                               :
                                                     :
                        Third-Party Defendant.       :
                                                     :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Per the parties' request, *see* ECF No. 76, the deadline for Plaintiff and Defendants to complete fact discovery is hereby EXTENDED, as a courtesy, until **December 6, 2024**. No further extensions will be granted.

- Plaintiff and Defendants shall submit a joint letter no later than **December 6, 2024**, informing the Court of the status of their settlement discussions and whether any party anticipates filing a motion for summary judgment.

- All other dates and deadlines remain in effect.

SO ORDERED.

Dated: November 7, 2024
      New York, New York

                                                    JESSE M. FURMAN
                                          United States District Judge